**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SENECA IP LICENSING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:17-CV-00686-RWS-RSP |
| v. ) | |
| ) | |
| KONICA MINOLTA BUSINESS ) | |
| SOLUTIONS U.S.A., INC. , ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulated Motion for Dismissal With Prejudice [Dkt. # 19], the Court **GRANTS** the motion. Accordingly, the Court **DISMISSES** all claims asserted in this suit between Seneca IP Licensing LLC and Konica Minolta Business Solutions U.S.A., Inc. **WITH PREJUDICE**, subject to the April 26, 2018, agreement between the parties entitled "AGREEMENT." All attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 21st day of May, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE